**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: July 27, 2015.**

_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Case No. 11-31151-HCM |
| JOSE HERNANDEZ | § | Chapter 13 |
| OFELIA DIAZ | § | |
| | § | |
| Debtor(s). | § | |

ORDER FOR SUMMARY DISMISSAL

Pursuant to the Third Amended Standing Order Relating to Chapter 13 Practice in the El Paso Division, the Trustee's signature here below certifies that this case should be summarily dismissed due to one of more of the following causes:

( ) a.  failure of the debtor to timely pay the filing fee;
( ) b.  failure of the debtor to timely file a plan or to use the applicable Plan Form;
( ) c.  failure of the debtor to timely file Schedules;
( ) d.  unexcused failure of the debtor to appear at the scheduled Meeting of Creditors (Section 341 Meeting);
(X) e.  delinquency by the debtor of sixty (60) or more days on payments under a proposed or confirmed plan;
( ) f.  failure of the debtor to comply with the provisions of a prior order which provides for such relief.
( ) g.  failure of the debtor to submit tax returns pursuant to § 521(e)(2); or
( ) h.  failure of the debtor to submit payment advices pursuant to § 521(a)(1)(B)(iv).

_____
/s/ Stuart C. Cox, Standing Chapter 13 Trustee

###

Order submitted by Stuart C. Cox, Standing Chapter 13 Trustee

```
                          United States Bankruptcy Court
                            Western District of Texas
```

In re:                                                    Case No. 11-31151-hcm
Jose Hernandez                                            Chapter 13
Ofelia Diaz
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0542-3          User: yarbrough          Page 1 of 1          Date Rcvd: Jul 28, 2015
                              Form ID: pdfintp         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2015.
db/db          +Jose Hernandez,    Ofelia Diaz,    1725 Dave Elliott,    El Paso, TX 79936-5733
cr             +City of El Paso,    Linebarger Goggan Blair & Sampson, LLP,    711 Navarro, Suite 300,
                 San Antonio, TX 78205-1749

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2015                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2015 at the address(es) listed below:
              Donald P. Stecker    on behalf of Creditor    City of El Paso don.stecker@lgbs.com
              Edgar  Borrego1    on behalf of Debtor Ofelia  Diaz tanzy.borrego@566-plan.com,
               tanzy.mail@gmail.com;TB.Notices@gmail.com
              Edgar  Borrego1    on behalf of Debtor Jose  Hernandez tanzy.borrego@566-plan.com,
               tanzy.mail@gmail.com;TB.Notices@gmail.com
              Edgar J. Borrego    on behalf of Debtor Jose  Hernandez tanzy.borrego@566-plan.com,
               tanzy.mail@gmail.com;TB.Notices@gmail.com
              Edgar J. Borrego    on behalf of Debtor Ofelia  Diaz tanzy.borrego@566-plan.com,
               tanzy.mail@gmail.com;TB.Notices@gmail.com
              Stuart C. Cox    mbeard@ch13elpaso.com
              United States Trustee - EP12    USTPRegion07.SN.ECF@usdoj.gov
                                                                                             TOTAL: 7